1000

**CENTRAL INVESTMENT CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 11796.

Circuit Court of Appeals, Ninth Circuit.

May 7, 1948.

Joseph D. Brady and John O. Paulston, both of Los Angeles, Cal., for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., and Sewall Key, A. F. Prescott, and Irving I. Axelrod, Sp. Assts. to Atty. Gen., for respondent.

George H. Koster, of San Francisco, Cal., amicus curiæ.

Before MATHEWS, BONE, and ORR, Circuit Judges.

PER CURIAM.

Petitioner, Central Investment Corporation, seeks review and reversal of a decision of the Tax Court sustaining a determination of respondent, the Commissioner of Internal Revenue, that there was a deficiency of $34,971.23 in respect of petitioner's excess profits tax for the calendar year 1943. The Tax Court's findings and opinion are reported in 9 T.C. 128. The findings are not challenged. We agree with the conclusions stated in the opinion. Accordingly, the decision is affirmed.

**Joseph P. LYNCH, Appellant, v. James A. JOHNSTON, Warden, United States Penitentiary, Alcatraz, California, Appellee.**

No. 11810.

Circuit Court of Appeals, Ninth Circuit.

May 7, 1948.

Joseph P. Lynch, in pro. per., and Theodore Tamba, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

The order of the District Court denying petition for writ of habeas corpus is affirmed.

**Donald E. McDONALD, Appellant, v. Tom SMITH, Superintendent of Washington State Penitentiary, Appellee.**

No. 11827.

Circuit Court of Appeals, Ninth Circuit.

May 7, 1948.

Donald E. McDonald, in pro. per., for appellant.

Smith Troy, Atty. Gen. of Washington, and Lucile Loman, Asst. Atty. Gen. of Washington, for appellee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

The order of the District Court denying leave to file petition for writ of habeas corpus in forma pauperis is affirmed.